UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAY W. HUSSEY                                            CIVIL ACTION

VERSUS                                                   NO. 08-1253

MICHAEL J. ASTRUE, COMMISSIONER                          SECTION "N" (2)
OF SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 20th day of January, 2009.

UNITED STATES DISTRICT JUDGE